[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 18-13232
Non-Argument Calendar
_____

D.C. Docket No. 4:17-cr-00524-MHH-TMP-1

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

STEVEN WILLIAM PAGE,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(April 15, 2019)

Before MARCUS, ROSENBUAM and NEWSOM, Circuit Judges.

PER CURIAM:

John Douglas ("J.D.") Lloyd, appointed counsel for Steven Page in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Page's conviction and sentence are **AFFIRMED**.